UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 94-99-CR-HIGHSMITH

UNITED STATES OF AMERICA

vs.

JESUS HERNANDEZ
and
RAMON GUILLEN DAVILA

Defendant.
_____/

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Florida hereby dismisses the Indictment against defendants **JESUS HERNANDEZ and RAMON GUILLEN DAVILA,** in this case without prejudice for the reason that this case is no longer viable for prosecution.

Respectfully submitted,

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: October 14, 2022

_____
HON. CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:   U.S. Attorney (Lynn Kirkpatrick, AUSA)
      U.S. Marshal